IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2019 AUG 15  P 4: 26

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MISC NO. 2:19-mc-3892-MHT-SMD |
| ) | |
| AEROTEK INC., ) | |
| MONTGOMERY, AL, ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| Yolanda Moses, ) | |
| ) | |
| Defendant. ) | |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment in Criminal Case No. 2:12CR000084-004 entered against the defendant, Yolanda Moses; the last four digits of defendant's Social Security Number are XXX-XX-1737; whose last known address is 2031 Kingbury Drive, Montgomery, Alabama, in the above cited action in the amount of $1,693,641.64, plus costs and interest. There is a balance due of $1,888,515.92, as of August 15, 2019.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from August 15, 2019, but defendant has failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non-exempt interest.

The name and address of the Garnishee or his authorized agent is:

Aerotek Inc.
C/O Corporation Service Company
641 South Lawrence Street
MONTGOMERY, AL 36104

DATED: August 15, 2019

                                  LOUIS V. FRANKLIN, SR.
                                  UNITED STATES ATTORNEY

BY:                       /s/ James J. DuBois
                                  JAMES J. DUBOIS
                                  Chief, Civil Division
                                  Assistant United States Attorney
                                  GA Bar Number: 231445
                                  Attorney for Plaintiff
                                  Post Office Box 197
                                  Montgomery, AL   36101-0197
                                  Telephone No.: (334) 223-7280
                                  Facsimile No.: (334) 223-7418
                                  E-mail:  **James.DuBois2@usdoj.gov**